IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV752 |
| | ) | |
| V. | ) | |
| | ) | |
| UNKNOWN GLAZEBROOK, Sgt, | ) | ORDER TO SHOW CAUSE |
| UNKNOWN SEARS, Sgt, | ) | |
| UNKNOWN MCNULTY, Sgt., | ) | |
| UNKNOWN WALLACE, Sgt., | ) | |
| UNKNOWN HUBBER, Capt., | ) | |
| ERICA UNKNOWN, Nurse, | ) | |
| UNKNOWN BASS, c/o, | ) | |
| UNKNOWN ALDRICH, Sgt., TONY | ) | |
| UNKNOWN, Nurse, UNKNOWN | ) | |
| CORBETT, Sgt., MARK | ) | |
| UNKNOWN, Nurse, and | ) | |
| UNKNOWN SELBY, Sgt, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  This matter is before the court on its own motion. On May 23, 2007, the court entered a Memorandum and Order (filing no. 13) requiring that Plaintiff return the completed summons and USM-285 forms no later than June 22, 2007. On July 3, 2007, the court entered General Order 07-09 (filing no. 15) in this case. On August 6, 2007, the court entered an Order regarding the progression of this case (filing no. 17).

  At the time he filed his complaint, Plaintiff was incarcerated at the Lincoln Correctional Center ("LCC") in Lincoln, Nebraska. However, filing nos. 13, 15, and 17 were sent by the Clerk of the court to Plaintiff at his last known LCC address, but

each mailing was returned as undeliverable and "discharged." No forwarding information is available from the institution, and Plaintiff has failed to promptly inform the court of his change of address. *See* Neb. Gen. R. 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS ORDERED:

1. The plaintiff is given until September 28, 2007 to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: September 28, 2007: show cause deadline for failing to maintain a current address with the court.

August 27, 2007.                    BY THE COURT:

                                    s/ Joseph F. Bataillon
                                    Chief United States District Judge