IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAYMOND THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV752 |
| | ) | |
| V. | ) | |
| | ) | |
| UNKNOWN GLAZEBROOK, Sgt, | ) | **MEMORANDUM** |
| UNKNOWN SEARS, Sgt, | ) | **AND ORDER** |
| UNKNOWN MCNULTY, Sgt., | ) | |
| UNKNOWN WALLACE, Sgt., | ) | |
| UNKNOWN HUBBER, Capt., | ) | |
| ERICA UNKNOWN, Nurse, | ) | |
| UNKNOWN BASS, c/o, | ) | |
| UNKNOWN ALDRICH, Sgt., TONY | ) | |
| UNKNOWN, Nurse, UNKNOWN | ) | |
| CORBETT, Sgt., MARK | ) | |
| UNKNOWN, Nurse, and | ) | |
| UNKNOWN SELBY, Sgt, | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court on its own motion. On August 27, 2007, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to inform the court of his current address. (Filing No. 19.) In its order, the court cautioned Plaintiff that failure to show cause or to update his address by September 28, 2007 would result in dismissal without further notice. (*Id.*)

  Plaintiff has not responded to this court's order nor has Plaintiff updated his address with the court. This case is therefore dismissed without prejudice. Plaintiff remains responsible to pay the entire filing fee in this matter.

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to respond to this court's August 27, 2007 order requiring that he provide the court with a current address. This action is therefore dismissed without prejudice.

2. Plaintiff remains obligated to pay the entire filing fee in this matter.

3. A separate judgment will be entered in accordance with this memorandum and order.

October 29, 2007.  BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge